IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON R. COLLINS,<br><br>    Plaintiff,<br><br>v.<br><br>SIANI'S SALVAGE, LLC, d/b/a SIANI'S 24 HOUR TOWING AND RECOVERY, MIGUEL CABAN & JOHN DOE,<br><br>    Defendants. | CIVIL ACTION<br>NO. 13-3044 |

## ORDER

**AND NOW**, this   24th   day of March, 2014, upon consideration of Plaintiff's Complaint, the Motion to Dismiss of Defendants and Brief in support, Plaintiff's opposition, Defendants' Reply Brief, Plaintiff's Sur-Reply and the Notice of New Authority and response thereto, it is hereby **ORDERED** that Defendants' Motion to Dismiss is **GRANTED** and Plaintiff's Complaint is **DISMISSED** with prejudice. It is further **ORDERED** that the Clerk shall mark this matter closed for statistical purposes.

                                                BY THE COURT:

                                                */s/ Jeffrey L. Schmehl*
                                                Jeffrey L. Schmehl, J.